FILED
CLERK, U.S. DISTRICT COURT

MAR - 5 2018

CENTRAL DISTRICT OF CALIF
BY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA M. MALDONADO, | ) Case No.: 5:16-cv-02614-JFW-E |
| | ) |
| Plaintiff, | ) {PROPOSED} ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| NANCY A. BERRYHILL, Acting | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,749.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 3/5/18

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3       /s/ *Monica Perales*

4   Monica Perales
    Attorney for plaintiff Ana M. Maldonado

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26